ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAR 10 PM 12: 09

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JAY AIKEN, | ) |
| Plaintiff, | ) |
| v. | ) CV 314-111 |
| RALPH KEMP, Warden, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **CLOSES** this civil action.

SO ORDERED this 10th day of March, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] In contravention of the instructions in the Magistrate Judge's February 18, 2015 Order, Plaintiff appealed the recommendation for dismissal directly to the United States Court of Appeals for the Eleventh Circuit rather than waiting for entry of a final judgment by Order of this Court. (See doc. no. 26, p. 2; doc. no. 27.)