ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 APR 29 PM 2:46
CLERK CAdams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JAY AIKEN, | * | |
| Plaintiff, | * | |
| v. | * | CV 314-111 |
| RALPH KEMP, Warden; CORRECTIONS CORPORATION OF AMERICA; BRIAN OWENS, Commissioner, Georgia Department of Corrections; DAMON HININGER, CEO; MELODY TURNER, Regional Director; MRS. POPE, Unit Manager; MEDICAL DEPARTMENT WHEELER; LISA FOUNTAIN, Internal Affairs; SERGEANT KING, | * | |
| Defendants. | * | |

## ORDER

On February 18, 2015, the United States Magistrate Judge reported and recommended that the Court dismiss Plaintiff's prisoner civil rights complaint without prejudice because Plaintiff had abused the judicial process by providing dishonest information about his prior filing history. (Doc. no. 25.) On March 2, 2015, Plaintiff filed a notice of appeal as to the report and recommendations ("R&R"). (Doc. no. 27.) The Court adopted the R&R, to which no objections were filed. (Doc. no. 30.) On March 23, 2015, Plaintiff filed a motion to proceed in forma pauperis on appeal. (Doc. no. 32.)

An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith. 28 U.S.C. § 1915(3). For the reasons stated in the R&R and the adoption Order, the Court finds that Petitioner's appeal is not taken in good faith.

**IT IS ORDERED** that Petitioner's motion for leave to proceed *in forma pauperis* (doc. no. 32) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of April, 2015.

*/s/*
UNITED STATES DISTRICT JUDGE